No. D–1997. IN RE DISBARMENT OF KRAMER. Disbarment entered. [For earlier order herein, see 525 U. S. 926.]

No. D–2185. IN RE DISBARMENT OF KOZEL. Disbarment entered. [For earlier order herein, see 530 U. S. 1289.]

No. D–2207. IN RE DISBARMENT OF THOMAS. Disbarment entered. [For earlier order herein, see *ante*, p. 976.]

No. D–2208. IN RE DISBARMENT OF FRIEDMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 976.]

No. D–2209. IN RE DISBARMENT OF GOLDSTEIN. Morton B. Goldstein, of Havre, Mont., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on November 6, 2000 [*ante*, p. 976], is discharged.

No. D–2211. IN RE DISBARMENT OF GAMBLE. Disbarment entered. [For earlier order herein, see *ante*, p. 1007.]

No. D–2215. IN RE DISBARMENT OF DAHLING. Disbarment entered. [For earlier order herein, see *ante*, p. 1007.]

No. D–2216. IN RE DISBARMENT OF SPRITZER. Disbarment entered. [For earlier order herein, see *ante*, p. 1008.]

No. D–2217. IN RE DISBARMENT OF DRYER. Disbarment entered. [For earlier order herein, see *ante*, p. 1008.]

No. D–2219. IN RE DISBARMENT OF PETZ. Disbarment entered. [For earlier order herein, see *ante*, p. 1034.]

No. D–2220. IN RE DISBARMENT OF DRAGER. Disbarment entered. [For earlier order herein, see *ante*, p. 1034.]

No. D–2221. IN RE DISBARMENT OF WALLMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1034.]

No. D–2230. IN RE DISBARMENT OF MENEILLY. James K. Meneilly, of Westbury, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on January 8, 2001 [*ante*, p. 1066], is discharged.